IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:26-900 |
| | ) | 18 U.S.C. § 513(a) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 1704 |
| v. | ) | 18 U.S.C. § 1707 |
| | ) | 18 U.S.C. § 1708 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| DERRICK MALACHI WOODS JR. | ) | INDICTMENT |

COUNTS 1-9
(*Possession of Counterfeit or Forged Securities*)

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

1. DERRICK MALACHI WOODS JR. was a resident of Rock Hill, South Carolina.

2. DERRICK MALACHI WOODS JR. possessed a postal arrow key he was not authorized to have. An arrow key is serialized government property used by United States Postal Service employees to unlock cluster mailbox units and access the contents.

3. DERRICK MALACHI WOODS JR. used his unauthorized arrow key to open a locked cluster mailbox unit at a commercial business park located at 2102 Cambridge Beltway Drive in Charlotte, North Carolina. This cluster mailbox unit served as a centralized drop-off and pick-up location for the businesses at that location.

4. DERRICK MALACHI WOODS JR. was subsequently found to be in possession of hundreds of pieces of stolen mail and items contained therein, such as checks,

credit cards, identification cards, and other confidential personal identifying documents that DERRICK MALACHI WOODS JR. was not authorized to have.

5. DERRICK MALACHI WOODS JR. was also found to be in possession of an unauthorized postal arrow key.

6. DERRICK MALACHI WOODS JR. used information obtained from the stolen mail items to make, utter, and possess counterfeit and forged securities.

7. On or about the dates listed below, in the District of South Carolina and elsewhere, Defendant DERRICK MALACHI WOODS JR., did knowingly and willfully make, utter, and possess a counterfeited and forged security of an organization, as identified below, with the intent to deceive another person, organization, and government:

| COUNT | ORGANIZATION | DATE | AMOUNT |
|---|---|---|---|
| 1 | The Associated – Inspiring Jewish Community | 8-29-22 | $18,000.00 |
| 2 | W R Systems, Ltd | 9-15-22 | $12,452.12 |
| 3 | New York City Transit Authority | 9-20-22 | $26,017.38 |
| 4 | Innovative Choices, Inc. | 7-5-23 | $2,500.00 |
| 5 | Innovative Choices, Inc. | 7-3-23 | $2,500.00 |
| 6 | Prairie Lakes Area Education Agency 8 | 10-12-22 | $5,500.00 |
| 7 | Prairie Lakes Area Education Agency 8 | 10-22-22 | $4,836.20 |
| 8 | Prairie Lakes Area Education Agency 8 | 10-25-22 | $4,250.20 |
| 9 | Town of Pageland Water & Sewer System | 10-28-25 | $5,736.36 |

All in violation of Title 18, United States Code, Section 513(a).

COUNT 10
(*Possession of Stolen U.S. Postal Key*)

THE GRAND JURY FURTHER CHARGES:

On or about October 28, 2025, in the District of South Carolina, Defendant DERRICK MALACHI WOODS JR., did knowingly and unlawfully possess a key suited to a lock adopted by the Post Office Department and the Postal Service, and a key to a lock box, lock drawer, and authorized receptacle for the deposit and delivery of mail matter, with the intent unlawfully and improperly to use, sell, and otherwise disposes of the same, and to cause the same to be unlawfully and improperly used, sold, and otherwise disposed of, such key being a postal arrow key;

In violation of Title 18, United States Code, Section 1704.

COUNT 11
(*Theft of U.S. Postal Property*)

THE GRAND JURY FURTHER CHARGES:

On or about October 28, 2025, in the District of South Carolina, Defendant DERRICK MALACHI WOODS JR., did steal, purloin, and embezzle property used by the Postal Service, and appropriated such property to his own and other than proper use, and conveyed away such property to the hindrance and detriment of the public service, in that DERRICK MALACHI WOODS JR. did unlawfully appropriate and possess a postal arrow key, as more fully described in Count 1;

In violation of Title 18, United States Code, Section 1707.

COUNT 12
(*Possession of Stolen Mail*)

THE GRAND JURY FURTHER CHARGES:

On or about October 28, 2025, in the District of South Carolina, Defendant DERRICK MALACHI WOODS JR., did unlawfully have in his possession, letters, postal cards, packages, bags, and mail, and articles and things contained therein, which had been stolen, taken, embezzled, and abstracted, knowing the same to have been stolen, taken, embezzled, and abstracted;

In violation of Title 18, United States Code, Section 1708.

FORFEITURE

THEFT OFFENSE:

As a result of the foregoing violation of Title 18, United States Code, Sections 513 and 1708, as charged in this Indictment, upon conviction, Defendant, DERRICK MALACHI WOODS JR., shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offenses.

PROPERTY:

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the property which is subject to forfeiture upon conviction of Defendant for the violation charged in this Indictment includes, but is not limited to, the following:

> Proceeds/Forfeiture Judgment:
>
> A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offense charged in this Indictment, and/or such sum that equals all property derived from or traceable to his or her violation of 18 U.S.C. §§ 513, 1708.

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of a Defendant-

(1) cannot be located upon the exercise of due diligence;
(2) has been transferred or sold to, or deposited with, a third party;
(3) has been placed beyond the jurisdiction of the court;
(4) has been substantially diminished in value; or
(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of the said Defendant up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A true BILL

[redacted]

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: ______________________
Winston D. Holliday, Jr. (Fed. ID #7597)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3079
Fax (803) 254-2912
Email: Winston.Holliday@usdoj.gov